IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICOLEGAL AND LITERARY WORKS LLC and CATHERINE LATAILLADE, | : : : : |
| Plaintiffs, | : : |
| v. | : Civ. No. 10-236-JJF-MPT : |
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK, | : : : : |
| Defendant. | : |

## **MEMORANDUM ORDER**

Plaintiff, Catherine Lataillade ("Lataillade"), who is not an attorney, filed this case on behalf of herself and Plaintiff, Medicolegal and Literary Works, LLC, an artificial entity. On May 17, 2010, the Court Ordered Medicolegal and Literary Works, LLC to retain counsel and ordered both Plaintiffs to provide the Court with their correct address on or before July 6, 2010. (D.I. 15, 20.) Lataillade responded via e-mail to a court employee. (D.I. 24.) Inasmuch as Lataillade proceeds pro se, as a courtesy, the Court accepted the e-mail response. Lataillade is placed on notice that the Court will no longer accept e-mail filings. Like all litigants, Plaintiffs must comply with the Federal Rules of Civil Procedure when filing documents either by mail or through the Federal Judiciary's case management and electronic filing system ("CM/ECF"). Should Plaintiffs wish to electronically file they must abide by the Court's Administrative Rules governing filing, particularly Administrative Procedures

Rule (B)(4).

Lataillade provided the Court with her address, which is the same address as Medicolegal and Literary Works, LLC. Medicolegal and Literary Works, LLC did not, however, comply with the Court's Order to retain counsel. A corporation may appear in federal court only by representation of a licensed attorney. Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993); United States v. Cocivera, 104 F.3d 566 (3d Cir. 1996). Because Medicolegal and Literary Works, LLC failed to comply with the Court's Order, the Court will dismiss Medicolegal and Literary Works, LLC from this action. See Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984).

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Medicolegal and Literary Works, LLC and all claims it raises are **DISMISSED** without prejudice.

2. The Clerk of Court is directed to add the following as the address of both Plaintiffs: 2711 Centerville Rd. Suite 120 PMB 6748, Wilmington, DE 19808-1645.

3. Plaintiffs are placed on notice that the Court will not accept, or docket, future e-mail filings.

July 14 2010
DATE

UNITED STATES DISTRICT JUDGE