IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE LATAILLADE, | : |
| Plaintiff, | : |
| v. | :    C.A. No. 10-236-LPS |
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK PRO SE DIVISION RM. 230, | : |
| Defendant. | : |

## ORDER

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 26) dated September 9, 2010, concerning a Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by defendant (D.I. 7);

WHEREAS, the Report recommends that the Motion to Dismiss be granted;

WHEREAS, any Objections to the Report and Recommendation were to be filed by September 27, 2010;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge in her Report and Recommendation (D.I. 26);

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 26) is **ADOPTED** and the Motion to Dismiss (D.I. 7) is **GRANTED**.

IT IS FURTHER ORDERED that, in light of the dismissal of the instant action, Plaintiff's motions to seal (D.I. 10), for electronic notification (D.I. 13), and to stop government (D.I. 18) are **DENIED AS MOOT**. For the same reason, Defendant's Supplemental Motion to Dismiss (D.I. 19) is **DENIED AS MOOT**.

Dated: January 3, 2011

_____
UNITED STATES DISTRICT JUDGE